## Commonwealth ex rel. Davis, Appellant, *v.* Cavell.

Submitted June 14, 1965. *Leo Davis,* appellant, in propria persona; *Morton E. Frankel* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Etters, Appellant, *v.* Russell.

Submitted June 14, 1965. *Benjamin Etters,* appellant, in propria persona.

Order affirmed.

## Commonwealth ex rel. Gabor, Appellant, *v.* Rundle.

Submitted June 14, 1965. *Florian Gabor,* appellant, in propria persona; *Philip Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.